UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WANDA CATHERINE ELDAHAN, )<br>)<br>   *Plaintiff*, )<br>)<br>v. )<br>)<br>LINCOLN MEMORIAL UNIVERSITY, )<br>)<br>   *Defendant*. )<br>)<br>) | Case No. 3:22-cv-434<br><br>Judge Atchley<br><br>Magistrate Judge Poplin |

## ORDER

After a thorough review of the parties' briefing and the overall record in connection with Defendant's Motion for Summary Judgment, the Court finds it appropriate to refer this matter to mediation. Eastern District of Tennessee Local Rule 16.4 (a) provides:

> With or without the agreement of the parties in any civil action, except those exempted pursuant to Local Rule 16.3, the Court may refer all or part of the underlying dispute to Mediation pursuant to this Local Rule . . . Once an order has been entered directing that the parties participate in a Mediation, the parties will be required to do so unless the Court enters an order withdrawing the Mediation Reference.

Pursuant to Local Rule 16.4, this case is hereby **REFERRED** to mediation. The first mediation conference **SHALL** take place on or before **February 14, 2025**. The Court **ORDERS** the parties to select a mediator and file a notice of their choice of mediator and the date set for mediation on or before **January 24, 2025**.

Additionally, it is **ORDERED** that the parties, their representatives, and/or actual decision-makers for all parties be present for the mediation. Any questions regarding who must be present for the mediation must be taken up with the mediator at least 72 hours before the mediation conference. The parties are **DIRECTED** to participate in mediation in good faith.

The parties **SHALL** remind the mediator of the obligation to file a Mediation Report within **seven days** of the conclusion of each mediation conference, as set forth in Local Rule 16.4(m). Additionally, the parties are **ORDERED** to file a joint report no later than **three days from completion of the mediation** as to whether some or all of their claims have been settled.

SO ORDERED.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**