| | | |
|---|---|---|
| WANDA CATHERINE ELDAHAN, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | NO.: 3:22-CV-00434-CEA-JEM |
| | ) | |
| | ) | |
| LINCOLN MEMORIAL UNIVERSITY | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

___

### PARTIES' JOINT NOTICE OF CHOICE OF MEDIATOR AND DATE OF MEDIATION

___

Come now the parties, Wanda Catherine Eldahan and Lincoln Memorial University, by and through their respective counsel, and pursuant to this Court's Order referring the case to mediation (Doc. 38), provide the Court with notice of their choice of mediator and date of mediation as follows:

**Mediator chosen: Chris W. McCarty**

**Date of mediation: February 11, 2025.**

*{Attorney signatures on the following page}*

1

RESPECTFULLY SUBMITTED,

s/ *Clint J. Coleman*
CLINT J. COLEMAN (BPR # 038413)
NELSON LAW GROUP, PLLC
10263 Kingston Pike
Knoxville, TN 37922
(865) 383-1053
clint@ETNEmploymentLaw.com

*Attorneys for Wanda Catherine Eldahan*

s/*J. Keith Coates*
J. KEITH COATES (BPR # 025839)
KAITLYN E. HUTCHERSON (BPR # 035188)
WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PLLC
P.O. BOX 900
Knoxville, TN 37901
Kcoates@wmbac.com
Khutcherson@wmbac.com

*Attorneys for Lincoln Memorial University*

CERTIFICATE OF SERVICE

I certify that this document or pleading was served via email and/or U.S. Mail on all users authorized and directed to receive such service. Dated: January 23, 2025.

J. Keith Coates
Kaitlyn E. Hutcherson
P.O. Box 900
900 S Gay St.
Knoxville, TN 37902
Kcoates@wmbac.com
Khutcherson@wmbac.com

s/ *Clint J. Coleman*

2