UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| WANDA CATHERINE ELDAHAN, | ) | |
| | ) | |
|    *Plaintiff*, | ) | |
| | ) | Case No. 3:22-cv-434 |
| v. | ) | |
| | ) | Judge Atchley |
| LINCOLN MEMORIAL UNIVERSITY, | ) | |
| | ) | Magistrate Judge Poplin |
|    *Defendant*. | ) | |

## ORDER

The Court has received notice that the parties have reached a settlement of all claims in this matter following mediation. [Doc. 45].[1] Accordingly, on or before **March 11, 2025**, the parties are **ORDERED** to file a stipulation of dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties are put **ON NOTICE** that if no stipulation of dismissal or appropriate motion is filed on or before the date specified in this Order, the Court will dismiss this action pursuant to Federal Rule of Civil Procedure Rule 41(b) and Local Rule 68.1. The trial and all remaining deadlines in the Amended Scheduling Order [Doc. 35] are **CANCELED**, and Defendant's Motion in Limine [Doc. 41] is **DENIED AS MOOT**.

   SO ORDERED.

                                        */s/ Charles E. Atchley, Jr.*
                                        **CHARLES E. ATCHLEY, JR.**
                                        **UNITED STATES DISTRICT JUDGE**

---

[1] The Court notes that a stipulation of dismissal is ordinarily appropriate regardless of whether the terms of a settlement have been effectuated. "Generally, courts do not retain jurisdiction to enforce settlement agreements because those controversies implicate state law and have little to do with the original controversy that invoked federal subject-matter jurisdiction." *Limbright v. Hofmeister*, 553 F. Supp. 2d 886, 892–93 (E.D. Mich. 2008).