# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **WANDA CATHERINE ELDAHAN,** )<br>)<br>**PLAINTIFF,** )<br>)<br>**V.** )<br>)<br>)<br>)<br>**LINCOLN MEMORIAL UNIVERSITY,** )<br>)<br>**DEFENDANT.** )<br>) | **Case No: 3:22-CV-00434** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Wanda Eldahan, and Defendant, Lincoln Memorial University, by and through their respective undersigned counsel, hereby jointly stipulate to this Honorable Court that all issues and claims in this action have been resolved with respect to the Parties.

Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this action should be and hereby is dismissed with prejudice and without award of costs or fees to either party.

1

Respectfully Submitted,

| | |
|---|---|
| s/Clint J. Coleman | s/J. Keith Coates |
| Clint J. Coleman, Esq. | J. Keith Coates, Esq. |
| East Tennessee Employment Law, PLLC | Kaitlyn E. Hutcherson, Esq. |
| 520 W. Summit Hill Dr., Suite 101 | Woolf, McClane, Bright, Allen & Carpenter, PLLC |
| Knoxville, TN 37902 | P.O. Box 900 |
| clint@etnemploymentlaw.com | Knoxville, TN 37901 |
| | kcoates@wmbac.com |
| *Counsel for Wanda Catherine Eldahan* | khutcherson@wmbac.com |
| | *Counsel for Lincoln Memorial University* |

## CERTIFICATE OF SERVICE

I certify that this document or pleading was served via this Court's ECF Filing System on all users authorized and directed to receive such service. Dated March 11, 2025.

s/Clint J. Coleman